IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG 25 AM 10: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ALAINIA HAGERTY, and<br>JOSEPH MARKING,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>MEMPHIS PUBLISHING COMPANY,<br>a Tennessee Corporation, an operating<br>subsidiary of the E.W. Scripps Company, a<br>foreign corporation doing business as<br>THE COMMERCIAL APPEAL,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 05-2606 D V<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ~~(PROPOSED)~~ ORDER GRANTING MOTION FOR EXTENSION

This matter is before the Court on Defendant's Motion for Extension. It appears to the Court, based on the Certificate of Consultation accompanying Defendant's Motion, that Plaintiffs' have consented to the relief requested by Defendant's Motion. Accordingly, it is hereby ordered that the deadline for Defendant to answer or otherwise respond to Plaintiffs' complaint shall be extended through September 28, 2005.

　　IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

Date: _August 24, 2005_

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-26-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02606 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT