IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ O.C.

05 OCT 31 PM 3: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ALAINIA HAGERTY, ) <br> JOSEPH MARKING, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> MEMPHIS PUBLISHING COMPANY ) <br> a Tennessee Corporation, ) <br> an operating subsidiary ) <br> of the E.W. Scripps Company, ) <br> a foreign corporation doing business as ) <br> THE COMMERCIAL APPEAL ) <br> ) <br> Defendant. ) | Docket No.: 05-2606 D/V |

## CONSENT ORDER ON PLAINTIFFS' MOTION TO EXTEND RESPONSE TIME TO DEFENDANT'S MOTION TO DISMISS

Based upon the Plaintiffs' Motion and no stated opposition from the Defendant, the Court finds that the Plaintiffs file a response to the Motion to Dismiss on November 15, 2005.

IT IS SO ORDERED THIS 31 day of October, 2005.

HONORABLE BERNICE DONALD

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02606 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT